UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Neil Douglas Gaikowski                           Case No.: 16-27027-EPK
SS#:    -7066                                                      Chapter 13

Debtor(s).
_____/

**MOTION TO AMEND ORDER GRANTING DEBTOR'S MOTION TO PAY INTEREST ON DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE PRIORITY UNSECURED CLAIM**

COMES NOW, the Debtor, Neil Douglas Gaikowski, by and through the undersigned attorneys, and files this Motion to Amend Order Granting Debtor's Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Unsecured Claim and states:

1. Debtor owes the Department of the Treasury-Internal Revenue Service ("IRS") a priority unsecured claim amount and filed a Motion to Pay Interest (DE#12) on said priority amount.

2. Said Motion was heard on February 13, 2017 and the Order Granting Debtor's Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Unsecured Claim ("Order Granting") (DE#24) was entered thereafter. The Order Granting contemplated interest to be paid over a sixty month period.

3. However, the Debtor has filed a Motion to Modify Chapter 13 Plan to extend the plan commitment period to eighty-four months pursuant to the CARES Act. As such, an Amended Order Granting is necessary to reflect the new commitment period and the amount of interest to be paid over that time.

4. Additionally, the Order Granting called for interest in the amount of 4%. The current interest rate assessed by the Internal Revenue Service is 5%. Thus, the Debtor seeks to increase the interest rate to 5%.

5. Undersigned counsel requests $525.00 of attorney fees for bringing this Motion.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order: (1) allowing the Debtor to upload an Amended Order Granting Debtor's Motion to Pay Interest on the Department of the Treasury-Internal Revenue Service Priority Unsecured Claim to reflect the new eighty-four month commitment period and provide for a 5% interest rate; (2) approving $525.00 of attorney fees; and (3) providing such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and to: Department of the Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346; Department of the Treasury-Internal Revenue Service, 7850 SW 6th Court, M/S 5730, Plantation, FL 33324-2032; Department of the Treasury-Internal Revenue Service: 400 W. Bay Street, M/S 5720, Jacksonville, FL 32202; William Barr, Attorney General of the United States: 950 Pennsylvania Ave., NW, Room 4400, Washington, D.C. 20530; Hon. Benjamin Greenberg, United States Attorney, Southern District of Florida: 99 NE 4th Street, Miami, FL 33132; Special Assistant United States Attorney, Associate Area Counsel (SBSE) Fort Lauderdale, 1000 South Pine Island Road, Ste. 300, Plantation, FL 33324; Civil Process Clerk- Attorney General of the United States-Southern District of Florida, 99 NE 4th Street, Miami, FL 33132; and **all creditors** listed on attached Creditors Matrix via 1st Class U.S. Mail this ____ day of April, 2020.

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin Lloyd, Esquire
Florida Bar No. 0165182
302 South Second Street
Fort Pierce, Fl 34950
(772) 464-4600  telephone
(772) 465-4747  facsimile

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-27027-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Apr 27 09:07:56 EDT 2020 | U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ 07921-2693 |
| AT&T<br>ATTN: Bankruptcy Department<br>223 W. Jackson Blvd.<br>Chicago, IL 60606-6908 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | AT&T<br>c/o Southwest Credit System<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 |
| Aaron's<br>2045 S US Hwy 1<br>Fort Pierce, FL 34950-5149 | Alltran Financial<br>PO Box 1952<br>Southgate, MI 48195-0952 | Alltran Financial, LP<br>PO Box 610<br>Sauk Rapids, MN 56379-0610 |
| Apartment Meadow<br>c/o Resident collection<br>4230 Lbj Freeway Suite 407<br>Dallas, TX 75244-5882 | Arizona Department of Economic Security<br>ATTN: Bankruptcy Department<br>POB 60<br>Phoenix, AZ 85001-0060 | Bank of America<br>ATTN: Bankruptcy Department<br>100 North Tryon Street<br>Charlotte, NC 28202-4024 |
| Banner Gateway Medical<br>c/o Collection Service Bureau<br>POB 310<br>Scottsdale, AZ 85252-0310 | Cash Advance Network<br>c/o Second Round LP<br>4150 Friedrich Lane Suit<br>Austin, TX 78744-1800 | Cash Blvd/Cash Plus<br>10200 South Hwy 1<br>Port Saint Lucie, FL 34952-5615 |
| Chandler Regional Medical Center<br>c/o Grant & Weber<br>14795 N 78th Way Ste 800<br>Scottsdale, AZ 85260-6915 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | County of Day/Auditor<br>c/o Watertown Credit Bureau, Inc.<br>925 16th Street SW<br>Watertown, SD 57201-5044 |
| Cox Communications<br>ATTN: Bankruptcy Department<br>1400 Lake Hearn Drive<br>Atlanta, GA 30319-1464 | Credit One Bank<br>ATTN: Bankruptcy Department<br>POB 98875<br>Las Vegas, NV 89193-8875 | DT Credit Company, LLC<br>ATTN: Bankruptcy Department<br>4020 E Indian School Rd<br>Phoenix, AZ 85018-5220 |
| DT Credit Company, LLC<br>ATTN: Bankruptcy Department<br>POB 29018<br>Phoenix, AZ 85038-9018 | Department of Education/Sallie Mae<br>ATTN: Bankruptcy Department<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | DirecTV<br>ATTN: Bankruptcy Department<br>POB 5007<br>Carol Stream, IL 60197-5007 |
| ERC<br>PO Box 1259<br>Dept 98696<br>Oaks, PA 19456-1259 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Ford Credit<br>ATTN: Bankruptcy Department<br>POB 542000<br>Omaha, NE 68154-8000 |
| Ford Credit<br>c/o Cavalry Portfolio Services<br>POB 27288<br>Tempe, AZ 85285-7288 | Ford Credit<br>c/o Northland Group, Inc.<br>POB 390846<br>Minneapolis, MN 55439-0846 | Galt Ventures, LLC dba Speedy Cash<br>ATTN: Bankruptcy Department<br>3527 North Ridge Road<br>Wichita, KS 67205-1212 |

| | | |
|---|---|---|
| Galt Ventures, LLC dba Speedy Cash<br>ATTN: Bankruptcy Department<br>3611 N Ridge Road<br>Wichita, KS 67205-1214 | Galt Ventures, LLC dba Speedy Cash<br>c/o Ad Astra Recovery Services<br>7330 W 33rd St N Ste 118<br>Wichita, KS 67205-9370 | Galt Ventures, LLC dba Speedy Cash<br>c/o Mecham & Associates, Chartered<br>7830 North 23rd Avenue<br>Phoenix, AZ 85021-6808 |
| ISF Arizona, LLC<br>ATTN: Bankruptcy Department<br>715 W Abram<br>Arlington, TX 76013-6902 | Insight Credit Union<br>ATTN: Bankruptcy Department<br>POB 4900<br>Orlando, FL 32802-4900 | Internal Revenue Service<br>ATTN: Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Jefferson Capital Systems<br>PO Box 1120<br>Charlotte, NC 28201-1120 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Linebarger Goggan Blair & Sampson LLP<br>PO Box 01-1861<br>Miami, FL 33101-1861 | M Kent Mecham<br>Mecham & Associates<br>7830 North 23rd Ave<br>Phoenix, AZ 85021-6808 | MDXT Tolls<br>PO Box 865005<br>Orlando, FL 32886-5005 |
| Mercy Gilbert Medical Group<br>ATTN: Bankruptcy Department<br>File 50576<br>Los Angeles, CA 90074-0001 | Mesa Auto<br>ATTN: Bankruptcy Department<br>157 S Country Club<br>Mesa, AZ 85210-1224 | Miami Dade Expressway Authority<br>P O BOX 22826<br>HIALEAH, FL 33002-2826 |
| Miami-Dade County<br>Dept of Environmental Resources<br>Attn: Bankruptcy Dept.<br>POB 025297<br>Miami, FL 33102-5297 | Miami-Dade County<br>c/o Linebarger Goggan Blair & Sampson<br>POB 01-1861<br>Miami, FL 33101-1861 | Miami-Dade County Court<br>73 W Flagler<br>Miami, FL 33130-1731 |
| Navient Solutions, Inc. Department of Educat<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Resident Collect<br>4230 LBJ Freeway Ste 407<br>Dallas, TX 75244-5882 |
| River Valley Newspaper<br>c/o Tri-State Adjustments<br>3439 East Ave S<br>La Crosse, WI 54601-7241 | ST. LUCIE MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Sallie Mae<br>ATTN: Bankruptcy Department<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 |
| Southwest Credit Systems, LLP<br>ATTN: Bankruptcy Dept<br>4120 International Pkwy<br>Suite 1100<br>Carrollton, TX 75007-1958 | St. Lucie Medical Center<br>ATTN: Bankruptcy Department<br>POB 740771<br>Cincinnati, OH 45274-0771 | State Farm Insurance Company<br>Attn: Bankruptcy Dept.<br>POB 2746<br>Jacksonville, FL 32203 |
| State Farm Insurance Company<br>c/o National Service Bureau, Inc.<br>18912 North Creek Parkway, Suite 205<br>Bothell, WA 98011-8016 | State of Florida Department of Children<br>c/o Dora Gaikowski<br>POB 8500<br>Tallahassee, FL 32314-8500 | Suntrust<br>PO Box 85041<br>VAWMRK3434<br>Richmond, VA 23285-5041 |

| | | |
|---|---|---|
| Synergetic Communication Inc<br>5450 NW Central #220<br>Houston, TX 77092-2061 | T-Mobile<br>ATTN: Bankruptcy Department<br>POB 2400<br>Young America, MN 55553-2400 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| T-Mobile<br>c/o Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | T-Mobile<br>c/o Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | The Village At Lindsay Park<br>c/o National Credit System<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349-2964 |
| The Village at Lindsay Park<br>ATTN: Bankruptcy Department<br>1441 S Lindsay Rd<br>Mesa, AZ 85204-6299 | Toll-by-Plate<br>ATTN: Bankruptcy Department<br>POB 105477<br>Atlanta, GA 30348-5477 | US Department of Education<br>P O Box 16448<br>St Paul, MN 55116-0448 |
| United Healthcare<br>PO Box 713819<br>Cincinnati, OH 45271-3819 | Wachovia/Wells Fargo<br>ATTN: Bankruptcy Department<br>POB 563966<br>Charlotte, NC 28256-3966 | Wachovia/Wells Fargo<br>c/o Jefferson Capital Systems, LLC<br>16 McLeland Road<br>Saint Cloud, MN 56303-2198 |
| Wachovia/Wells Fargo<br>c/o RJM Acquisitions LLC<br>575 Underhill Blvd., Suite 224<br>Syosset, NY 11791-3416 | Wells Fargo<br>ATTN: Bankruptcy Department<br>POB 98784<br>Las Vegas, NV 89193-8784 | Wells Fargo<br>c/o LVNV Funding, LLC<br>POB 10584<br>Greenville, SC 29603-0584 |
| Wells Fargo<br>c/o Nationwide Credit Inc.<br>1150 E University Drive, First Floor<br>Tempe, AZ 85281-8674 | Wells Fargo<br>c/o Resurgent Capital Services<br>15 S Main Street, SUite 600<br>Greenville, SC 29601-2768 | Xfinity<br>PO Box 105184<br>Atlanta, GA 30348-5184 |
| (p)ZEBIT INC<br>ATTN ATTN - KYLE MCMILLAN<br>9530 TOWNE CENTRE DRIVE<br>SUITE 200<br>SAN DIEGO CA 92121-1981 | Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Neil Douglas Gaikowski<br>6294 NW Gisela Street<br>Port Saint Lucie, FL 34986-3867 |
| Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>ATTN: Bankruptcy Department<br>201 North Walnut St.<br>Wilmington, DE 19801 | (d)Chase Bank<br>ATTN: Bankruptcy Department<br>340 S Cleveland Avenue, Building 370<br>Westerville, OH 43081 | Jefferson Capital Systems, LLC<br>16 McLeland Rd<br>Saint Cloud, MN 56303 |

| | | |
|---|---|---|
| T-Mobile<br>ATTN: Bankruptcy Department<br>POB 37380<br>Albuquerque, NM 87176-7380 | (d)T-Mobile<br>ATTN: Bankruptcy Department<br>POB 660252<br>Dallas, TX 75266-0252 | Zebit Inc<br>4250 Executive Sq Ste 670<br>La Jolla, CA 92037 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   81
Bypassed recipients    1
Total                 82